IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMUEL BELLE                                  :
                                              :
v.                                            :   CIVIL ACTION NO. 02-3330
                                              :
ROBERT W. MEYERS, ET AL.                      :
                                              :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this      day of      ,     , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b)(1)(B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable PETER B. SCUDERI, United States Magistrate Judge, for a report[1] and recommendation. Said report and recommendation to be provided within six (6) months of the date of this order.

BY THE COURT:

_____
FRANKLIN S. VAN ANTWERPEN, J.

---

[1] All issues and evidence shall be presented to the Magistrate Judge, and all new issues and evidence shall not be raised after the filing of the report and recommendation if they could have been presented to the Magistrate Judge.

Case 2:02-cv-03330-FVA   Document 4   Filed 07/12/2002   Page 2 of 2