IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMMY BELLE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT W. MEYERS, et al. | : | No. 02-3330 |

### **O R D E R**

      AND NOW, this   day of November, 2002, IT IS HEREBY ORDERED that Petitioner's request for documents (Document #6) is DENIED.

BY THE COURT:

_____

PETER B. SCUDERI
UNITED STATES MAGISTRATE JUDGE