IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMMY BELLE

                                        02-3330
                                        District Court Docket Number

      vs.

ROBERT W. MEYERS ET AL

Notice of Appeal Filed 12/27/02
Court Reporter(s)/ESR Operator(s)

Filing Fee:
        Notice of Appeal  __Paid  _X_Not Paid   __Seaman
        Docket Fee         __Paid  _X_Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_X_Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_Denied
__Pending

                                   Defendant's Address (for criminal appeals)

                                Prepared by :_____
                                        GEORGE E. MILLER  12/30/02
                                        Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm